
## AMERICA FIRST
CREDIT UNION

April 10, 2014

United States Bankruptcy Court
Attention: Toni Taylor
POB 7341
San Francisco, CA 94120-7341

To whom it may concern:

This request is in regards to the following bankruptcy case:

Case #: 07-30165 STC
Debtor's Name: Lori Mac, Inc.
Amount of monies due: $9,344.13

Check #3041 was issued to Community One Federal Credit Union (COFCU) on 10/03/12 in the amount of $9,344.13. That check has not been negotiated and has since become stale-dated. Subsequent to the issuance of this check, COFCU was acquired by America First Federal Credit Union (AFFCU.) The notice from the National Credit Union Administration approving the acquisition is enclosed. AFFCU is requesting that a check be issued as a replacement for check #3041 that is now stale-dated.

At the time check #3041 was issued, COFCU had engaged the services of the law firm Haney, Woloson, and Mullins. However, AFFCU has since discontinued the use of this law firm following completion of the acquisition. As such, AFFCU is requesting the replacement check be made payable to America First Federal Credit Union and be sent to the following address:

America First Federal Credit Union
Attn: Missy Key
PO BOX 9199
Ogden, UT 84409

Thank you for your help with this matter. Please direct any questions or request for additional information to Missy Key at (801) 827-8366 or by email at mkey@americafirst.com.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Sincerely,

Thayne Shaffer
Vice-president / Controller
America First Federal Credit Union

Enclosures (6)

*Members come first.*

P.O. Box 9199 ○ Ogden, Utah 84409 ○ 1.800.999.3961 ○ www.americafirst.com

**Description of Attached Document**

Title or Type of Document ___United States Bankruptcy Court Petition___

Document Date ___April 10, 2014___ Number of Pages ___1___

### Acknowledgment

State of Utah

County of ___Weber___

On this day of ___April 10___ in the year 20__14__, before me, ___Lloyd G. Barnett___ a notary public, personally appeared ___Thayne Shaffer___, proved on the basis of satisfactory evidence to be the person(s) whose name(s) (is/are) subscribed to this instrument, and acknowledged (he/she/they) executed the same.

Witness my hand and official seal.

___Lloyd A Barnett___
Notary Signature and Seal

[Notary Seal: NOTARY PUBLIC LLOYD G BARNETT — COMMISSION EXPIRES JUNE 10, 2014 — STATE OF UTAH]

---

**Description of Attached Document**

Title or Type of Document _____

Document Date _____ Number of Pages _____

### Acknowledgment

State of Utah

County of _____

On this day of _____ in the year 20___, before me, _____ a notary public, personally appeared _____, proved on the basis of satisfactory evidence to be the person(s) whose name(s) (is/are) subscribed to this instrument, and acknowledged (he/she/they) executed the same.

Witness my hand and official seal.

_____
Notary Signature and Seal

AFCU Form #745  10/12